UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WANDA KAY STEWART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL R. JENNINGS, JR. d/b/a B & L ) <br> CONSTRUCTION CO. and AUTO-OWNERS ) <br> INSURANCE, ) <br> ) <br> Defendants. ) | Case No. 1:10-CV-158 <br><br> Chief Judge Curtis L. Collier |

## ORDER

In accordance with the accompanying memorandum, the Court **GRANTS** Plaintiff's motion to remand (Court File No. 6) and **REMANDS** this matter to the Chancery Court of Bradley County, Tennessee.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**